BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RAUL NAVARRO-VALDEZ, aka<br>Raul Valdez Navarro,<br><br>            Defendant. | CASE NO. 2:00-CR-00390 GEB<br><br>**ORDER DISMISSING INDICTMENT** |

    For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **RAUL NAVARRO-VALDEZ, aka Raul Valdez Navarro** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

    **Date: 7/29/2013**

    _____
    GARLAND E. BURRELL, JR.
    Senior United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28